```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 17169
   JOHN M GRUBER
   KATHRYN M GRUBER                     CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7177    SSN XXX-XX-9613
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/02/08 and confirmed on 09/26/08.

2. The case was converted to Chapter 7 after confirmation, 02/03/2009.

3. The Debtor paid a total of $ 4710.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 9404.32 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 17950.00 | 199.70 | 1245.30 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 18235.00 | 202.40 | 1297.60 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | 654.84 | .00 | .00 |
| LAKEWOOD VALLEY HOA | SECURED | 545.83 | .00 | 100.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 46135.15 | .00 | 654.84 | .00 | 46789.99 |
| PRINCIPAL PAID | 2642.90 | .00 | .00 | .00 | 2642.90 |
| INTEREST PAID | 402.10 | .00 | .00 | .00 | 402.10 |
| TOTAL PAID | 3045.00 | .00 | .00 | .00 | 3045.00 |

The Debtor's attorney, MELVIN J KAPLAN                , was allowed $   3500.00 and was paid $      76.00   direct and $    1407.71   through the plan.

The Trustee received $    257.29 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE